948

No. 73–730. SABATINO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–734. GOMEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–741. FIFTH AVENUE PEACE PARADE COMMITTEE ET AL. *v.* KELLEY, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–805. COPPOLA *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 73–849. TUNNELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–878. PACIFIC TRANSPORT CO. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 73–934. SERVICE TECHNOLOGY CORP., A SUBSIDIARY OF LTV AEROSPACE CORP. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 73–974. BRINEGAR, SECRETARY OF TRANSPORTATION *v.* NATIONAL ASSOCIATION OF MOTOR BUS OWNERS ET AL. C. A. D. C. Cir. Certiorari denied.

No. 73–1040. DISTRICT OF COLUMBIA ET AL. *v.* MARSH. C. A. D. C. Cir. Certiorari denied.

No. 73–1051. BRIGANDI ET AL. *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 73–1129. HARNOIS *v.* HARNOIS. App. Ct. Ill., 1st Dist. Certiorari denied.